UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOSEPH FIGUEROA,**

    **Plaintiff,**

vs.                              CASE NO.:

**CON-AIR INDUSTRIES, LLC,**

    **Defendant.**

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

1. Plaintiff JOSEPH FIGUEROA (hereinafter "Plaintiff"), sues Defendant CON-AIR INDUSTRIES, LLC (hereinafter "CON-AIR"), for violations of the Uniformed Services Employment and Reemployment Act (USERRA), 38 U.S.C. §§ 4301-4335.

2. This Honorable Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and 38 U.S.C. § 4323(b).

3. Plaintiff is a resident of Orlando, Orange County, Florida.

4. Defendant is a Foreign Limited Liability Company conducting business in Orange County, Florida.

5. All facts which give rise to the instant matter occurred in Orange County, Florida and is therefore, within the jurisdiction of this Court.

6. Venue is appropriate in the Orlando Division of the United States District Court for the Middle District of Florida pursuant to 38 U.S.C. § 4323(c)(2).

7. On September 1, 2019, Plaintiff was hired by Defendant as a mechanic.

8. Defendant is a manufacturer and distributor of replacement air filtration products located at 4157 Seaboard Rd., Orlando, FL 32808.

9. Plaintiff has been a member of the Navy reserves since 2018.

10. Defendant was aware of Plaintiff's reservist obligations.

11. In approximately September of 2020, Chris Jones became Mr. Figueroa's supervisor.

12. Jones wanted Mr. Figueroa to work a different shift.

13. However, this new shift would interfere with Mr. Figueroa's monthly Navy Reservist obligations.

14. When Mr. Figueroa raised this concern regarding the conflict with his Reservist obligations, Jones plainly stated that he didn't care about Mr. Figueroa's military service obligations.

15. Following Jones' illegal conduct, Mr. Figueroa then raised his concerns to the Company's HR department.

16. In response, HR made sure that Mr. Figueroa's schedule was changed so that he could continue to meet his military obligations.

17. However, since that time, Jones has initiated a campaign of writing Mr. Figueroa up for small things in order to "paper" his file.

18. Despite Jones' efforts to get Mr. Figueroa's terminated, Mr. Figueroa received good reviews in January of 2020 and February of 2021.

19. Shortly after his February 2021 favorable review and pay increase, Mr. Figueroa received mandatory military orders to attend United Level Training that was scheduled to take place between April 14, 2021, and May 1, 2021.

20. Mr. Figueroa provided these military orders to Jones.

21. Shockingly, Mr. Figueroa was terminated seven days later, on March 30, 2021, for alleged performance issues.

22. Defendant's reason for Mr. Figueroa's termination is false and a pretext for USSERA discrimination. Indeed, the sole reason for the Company's termination of Mr. Figueroa was his need for leave for training as a United States Navy Reservists.

23. Plaintiff was qualified for the position for which he was hired for.

24. The sole reason for Defendant's termination of Plaintiff was his status as United Stated Navy Reservist.

25. Defendant willfully discriminated against Plaintiff due to his service in the military.

26. Plaintiff has lost wages and other economic benefits as a direct and proximate result of Defendant's discriminatory actions.

27. Plaintiff sues Defendant pursuant to 38 U.S.C. § 4323(a)(3).

WHEREFORE, Plaintiff JOSEPH FIGUEROA, demands trial by jury, that Defendant comply with USERRA, compensatory damages, back pay, liquidated damages, attorneys' fees, costs and any other further relief the Court deems appropriate.

Date: September 27, 2021

                                          Respectfully submitted,
                                          s/ Edward W. Wimp
                                          Edward W. Wimp, Esquire
                                          FBN: 1015586
                                          Anthony Hall, Esquire
                                          FBN: 0040924
                                          THE LEACH FIRM, P.A.
                                          631 S. Orlando Ave., Suite 300
                                          Winter Park, FL 32789
                                          Telephone: (407) 574-4999
                                          Facsimile: (833) 813-7513
                                          Email: ewimp@theleachfirm.com
                                          Email: ahall@theleachfirm.com
                                          Attorneys for Plaintiff