**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**JOSEPH FIGUEROA,**

    **Plaintiff,**

vs.                                             **CASE NO.: 6:21-cv-1583-PGB-EJK**

**CON-AIR INDUSTRIES, LLC,**

    **Defendant.**
_____/

## **JOINT STIPULATION OF AGREED MATERIAL FACTS**

Plaintiff Joseph Figueroa ("Figueroa") and Defendant Con-Air Industries, LLC ("Con-Air"), by and through their respective undersigned counsel and pursuant to Local Rule 3.05, hereby file their Joint Stipulation of Material Facts. Without waiving their right to dispute these facts at trial or any subsequent stage of this litigation, the parties stipulate that the following facts are deemed admitted solely for the purposes of Con-Air's Motion for Summary Judgment:

1. This is a single-count employment discrimination case brought by Figueroa against Con-Air pursuant to the Uniformed Services Employment and Reemployment Rights Act ("USERRA").

2. Figueroa served in full-time active duty in the United States Navy from October 10, 2007 to October 10, 2011.

3. Following a seven-year hiatus, Figueroa re-enlisted in the Naval Reserves in 2018, where he is currently active as a Third Class Petty Officer.

4. Con-Air is a company based in Orlando, FL that manufactures and distributes air filtration products (such as air filters used in residential and commercial settings) to consumers throughout the country.

5. Figueroa began his work at Con-Air in or around July 2019 as a temporary employee through Remedy Staffing.

6. Con-Air hired Figueroa as a full-time employee in December 2019.

7. At all times during his employment with Con-Air, Figueroa worked as a Maintenance Technician.

8. As a Maintenance Technician, Figueroa was responsible for servicing equipment, facilitating efficient production, and maintaining a safe workplace free from any hazards or other dangerous conditions.

9. Figueroa signed a receipt for a number of Con-Air's policies during his employment, including the: Cell Phone policy; Personal Protective Equipment ("PPE") policy; Lock-Out, Tag-Out policy; and Safety policy. In early 2020, Figueroa received his first performance review from his supervisor Morgan Roark, in which he received a Needs Improvement rating for the Safety and Problem Solving categories.

10. In the same performance review, Figueroa received a Meets Standard rating for Quality, Process Improvement, Communications, Knowledge & Skills, and Follows Company Procedures.

11. In the same performance review, Figueroa received Above Standards ratings in Productivity, Attendance/Dependability, Accepts Responsibility, Responsiveness, and Trainability.

12. From January 5, 2020 to January 17, 2020, Figueroa was on leave from his employment with Con-Air to attend his annual training for the Navy Reserves in Williamsburg, VA.

13. On February 21, 2020, Figueroa received a Final Written Warning from his then-supervisor, Morgan Roark, alleging a violation of Con-Air's lock-out, tag-out policy.

14. On September 16, 2020, Figueroa received another Final Written Warning from his supervisor, Chris Jones ("Jones"), alleging impermissible operation of an industrial saw without wearing safety glasses.

15. On December 7, 2020, Figueroa received a verbal warning for allegedly failing to wear required PPE from Norm Ogrin, the Production Supervisor who was filling in on that day for Jones.

16. On December 29, 2020, Figueroa received a written warning from Jones for allegedly violating Con-Air's Safety policy by dragging 15–20 feet of water hose behind him, which allegedly spilled water in a walkway area.

17. In January 2021, Figueroa verbally requested use of military leave to attend United Level Training that would occur between April 14 and May 1.

18. In Mid-March, Figueroa reminded Jones of his upcoming military leave.

19. On March 19, 2021, Figueroa received a Final Written Warning from Jones for allegedly failing to address an underlying mechanical issue with a piece of Con-Air's machinery.

20. On March 23, 2021, Figueroa allegedly violated Con-Air's Safety Rules, which led to Con-Air's decision to terminate his employment on March 30, 2021.

21. Figueroa was terminated from his employment on March 30, 2021.

22. Con-Air issued a written warning to Isaac Machado (Maintenance Technician) on March 31, 2021 for a safety violation and terminated Machado's employment five days later for another safety violation.

                Respectfully submitted,

                */s/ Edward W. Wimp*
                Edward W. Wimp
                The Leach Firm, PA

        631 S. Orlando Avenue, Suite 300
        Winter Park, FL 32789
        T: (407) 574-6339
        ewimp@theleachfirm.com
        *Attorney for Plaintiff*


        */s/ Warren B. Lightfoot, Jr.*
        Warren B. Lightfoot, Jr.
        MAYNARD COOPER & GALE, P.C.
        1901 Sixth Ave. North
        1700 Regions Harbert Plaza
        Birmingham, AL 35203
        T: (205) 254-1000
        wlightfoot@maynardcooper.com
        *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 1, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Edward W. Wimp, Esq.
Anthony Hall, Esq.
The Leach Firm, PA
631 S. Orlando Avenue, Suite 300
Winter Park, FL 32789
ewimp@theleachfirm.com
ahall@theleachfirm.com

                                            */s/ Warren B. Lightfoot, Jr.*
                                            OF COUNSEL